# DECISIONS IN CASES NOT REPORTED.

## Fifth Department, December Term, 1889.

### Decisions Filed December 30, 1889.

Harrold P. Brewster, Respondent, v. Benjamin F. Van Camp, Appellant. — Order reversed and motion granted, with ten dollars costs and disbursements. Opinion by Barker, P. J.

Sarah F. Galusha, Appellant, v. Norman H. Galusha, Respondent — Appeal dismissed on recent decision of Court of Appeals in this case, without costs to either party.

George Wing, Respondent, v. Annie L. Eliss, Appellant. — Judgment modified in accordance with opinion of Barker, P. J., and as so modified affirmed, with costs. Opinion by Barker, P. J.

Leander Fitts, Receiver, etc., Respondent, v. Nelson Beardsley, Appellant, Impleaded etc.— Judgment modified as indicated in opinion of Barker, P. J., and as so modified affirmed, with costs. Opinion by Barker, P. J.

Same v. Same. — Judgment modified as indicated in opinion of Barker, P. J., and as so modified affirmed, with costs. Opinion by Barker, P. J..

In the Matter of the Petition of James T. Hurd, Trustee, etc., Appellant. — Order affirmed, with ten dollars costs and disbursements on the opinion of Daniels, J., at Special Term.

Corinne A. Baird, Respondent, v. Alonzo T. Slaight and others, Appellants. — Judgment affirmed, with costs. Opinion by Barker, P. J.; Macomber, J., not sitting.

Alexander Minor, Appellant, v. Naomi Clark and others, Respondents. — Judgment reversed and new trial granted, with costs to abide event. Opinion by Barker, P. J.

Charlotte S. Tiffany, Respondent, v. The N. Y.. L. E and W. R. R. Co , Appellant. — Judgment affirmed, with costs.

Emma Da Lee, Respondent, v. Sarah Fulton and others, Appellants. — Interlocutory judgment affirmed on opinion of Rumsey, J., at Special Term.

Mortimer F. Reynolds, Respondent, v. Arthur W. Lawton, Appellant, Impleaded, etc.— Judgment reversed, with costs. Opinion by Barker, P. J.

Leander Fitts, Receiver, etc., Respondent, v. Nelson Beardsley, Appellant, Impleaded, etc. Two cases. — Order denying motion to correct judgment in each case affirmed, without costs.

Same v. Same. — Order in each case affirmed, with ten dollars costs and disbursements.

August Spors, Respondent, v. Sette Schultheis. Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber. J.

In the Matter of the Probate of Alleged Will of John Springsted, Deceased. — Decree reversed; the issues raised by contestants' answer to be tried by a jury at the Chautauqua Circuit upon issues to be settled by Macomber, J. Costs of this appeal to abide the result of subsequent proceedings in the Surrogate's Court. Opinion by Barker, P. J.

In the Matter of the Judicial Settlement of Accounts of Albert S Taft and others, Executors, etc.— Decree affirmed, with costs to the contestants, payable out of the estate. Opinion by Dwight, J.

The People of the State of New York ex rel. Edwin A. Nash, Surrogate, Respondent. v. Lester B. Faulkner, Executor etc.. Appellant — Judgment and order denying motion for new trial reversed and new trial granted, with costs to abide event — The order appealed from affirmed. Opinion by Macomber, J.

The People of the State of New York ex rel. Linus Jones Peck and others, Survivors, etc., Respondents, v. The Board of Managers of the Buffalo State Asylum, etc., Appellant.— Judgment modified by striking out the provision thereof relating to interest on the claims of the relators, and, as so modified, affirmed, without costs. Opinion by Dwight, J.

In the Matter of the Judicial Settlement of the Accounts of Mortimer F. Reynolds, as Executor, etc.—Decree affirmed, with costs.

In the Matter of the Application of the New York Central and Hudson River Railroad Company, Appellant, to Acquire Lands of the Charlotte Iron Works, Respondent.— Order reversed; motion for the appointment of commissioners granted, and proceedings remitted to Monroe Special Term to name such commissioners on the customary notice. Opinion by Dwight, J.

Samuel G. Beach, Appellant, v. Amos M. Kidder and others, Respondents.— Judgment affirmed. Opinion Per Curiam; Macomber, J., not sitting.

George W. Crouch, Jr., Respondent, v. Leo Moll, Appellant.—Judgment affirmed, with costs. Opinion by Macomber, J.

In the Matter of the Probate of the Alleged Will of Thomas Keegan, Deceased.— Appeal dismissed for the reason that Michael Keegan, devisee of the life estate, and who was a party to the proceeding below, was not made a party to the appeal. (Code of Civ. Pro., § 2753; Patterson v. Hamilton, 26 Hun, 665.)

Ella A. Sabin, Appellant, v. The Ancient Order of United Workmen and Andrew S. Phinney, Respondents. —Judgment affirmed, without costs to either party. Opinion by Macomber, J.

Eliza Gates, Respondent, v. Sarah C. Hanes, Appellant.—Judgments of County Court and the Justice's Court reversed, with costs. Opinion by Dwight, J.

Flora D. Gates, Respondent, v. Same, Appellant.—Judgments of County Court and Justice's Court reversed on opinion of Dwight, J., in last case.

In the Matter of the Proof of the Will of Jane K. Apgar, Deceased.— Decree affirmed. without costs to either party, and $100 allowed to the guardian ad litem of the infant legatee, appointed by this court, to be paid out of the estate.

John L. Otis and others, Trustees. etc., Appellants, v. Moses B. Shantz, Respondent —Interlocutory judgment reversed; demurrer to answer sustained and judgment ordered for the plaintiffs for the relief demanded in the complaint. Opinion by Dwight, J.

The Trustees of the Village of Geneva v. The Brush Electric Company of Cleveland, Ohio.— Motion for new trial denied, and judgment ordered for the defendant on the verdict. Opinion by Macomber, J.

Wesley Mandeville, Receiver, etc.. Appellant, v. Edward H. Avery, Respondent, Impleaded, etc.— Reargument ordered. Dwight. J., not sitting.

John A. Getty, Respondent. v. The Towns of Hamlin and Kendall, Appellants.— Judgment and order appealed from affirmed. Opinion by Macomber, J.

Rudolph Hoffeld Appellant, v. The City of Buffalo, Respondent.—Judgment affirmed on opinion of Lewis, J., at Special Term, and